## JOHN P. ZIPP
### v.
## UHLAND HAIN No. 16 AND CONCORDIA HAIN No. 15, V. A. O. D.

*Practice—Amusement—Parties — Instructions — Contracts — Sunday— Evidence.*

**1.** The Circuit Court, upon appeal from a justice of the peace, may allow the addition of a co-plaintiff by way of amendment.

**2.** In the case presented, instructions that a contract for the renting of stands at a picnic was void because the picnic was on Sunday, were properly refused, there being no evidence to show that the picnic was in this State.

[Opinion filed February 16, 1889.]

APPEAL from the Circuit Court of Cook County; the Hon. ROLLIN S. WILLIAMSON, Judge, presiding.

Mr. AUGUST MARX, for appellant.

Messrs. HENDRICKS & ROBINSON, for appellees.

GARY, J. This suit was commenced before a justice of the peace. On appeal to the Circuit Court, that court gave leave to amend by adding a co-plaintiff. This was warranted by the practice act and McDowell v. Town, 90 Ill. 359. On the conflicting evidence the verdict of the jury is final, and the instructions asked by the defendant, that the contract for the renting of stands at a picnic was void because the picnic was on Sunday, come with a poor grace from one who does not

intend to obey the law, and are not based upon any evidence that the picnic was in this State.

For aught that this record shows it may have been in an adjoining State, in which neither the Circuit nor this court has any judicial knowledge that Sunday is regarded.

*Judgment affirmed.*